CSD 4014 [06/19/97]
Name, Address, Telephone No. & I.D. No.

STERLING ASSET RECOVERY, INC.
2826 EAST DEVON STREET
TUCSON, AZ 85716
1-888-903-6976

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, California 92101-6991 | ENTERED 7/27/04<br>FILED<br><br>JUL 26 2004<br><br>CLERK U.S. BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

In Re

GARY BREW ENTERPRISES, LTD.

Debtor.

BANKRUPTCY NO.  91-12643-07-LA

---

### APPLICATION FOR RETURN OF TENDERED FUNDS

COMES NOW PHILIP B. SATTERLA, Applicant, stating:

1. That on MARCH 11, 2003_____, there was tendered to the above-entitled Court the sum of $116.33 belonging to PHILIP B. SATTERLA  but being undeliverable.

2. That the applicant is entitled to said sum.

3. That said monies so tendered were deposited by the Clerk of the above-entitled Court with the United States Treasury as indicated by Receipt No. 169173 dated MARCH 11, 2003 and remain unclaimed.

4. [if applicable] The undersigned is the lawful agent of the applicant and authorized to execute this application on behalf of the applicant.

5. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents.

WHEREFORE, your applicant prays for an order requiring the Clerk of the above-entitled Court to take the necessary steps so that the United States Treasury will return said tendered money to your applicant.

DATED this 8TH DAY OF JULY, 2004

Signed: _Susan N. Sterling / Sterling Asset Recovery Inc._, Applicant/Agent

Printed Name:_____SUSAN N. STERLING/STERLING ASSET RECOVERY, INC.

Mailing Address:_____2826 EAST DEVON STREET_____
(Street)
_____TUCSON, AZ 85716_____
(City, State, ZIP)

I, SUSAN N. STERLING_____, the applicant or authorized agent for the applicant named in the foregoing application, do hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on _July 8, 2004_

_Susan N. Sterling / Sterling Asset Recovery_
Applicant

APPROVED AS TO FORM:

_____
Financial Administrator, U.S. Bankruptcy Court

### ORDER

IT IS SO ORDERED.

**JUL 26 2004**

DATED:
CSD 4014

_____
Judge, United States Bankruptcy Court

AGENT AUTHORIZATION

The Assignor, Phillip B. Satterla, does hereby grant to and appoint Sterling Asset Recovery, Inc., an Arizona corporation (the "Agent"), the Assignor's true and lawful Agent for it and in its, or his, or her, name, place, and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following purpose and for no other:

To reclaim, recover, and return (in accordance with the Agreement between the Assignor and Assignee) unclaimed funds from the following case in the amount of $116.33, U. S. Bankruptcy Court, Southern District of California, Case No. 91-12643-07, case name Gary Brew Enterprises, Ltd.; to deposit any check from the United States Bankruptcy Court into the Assignee's checking account and to endorse said check on behalf of the Assignor for purposes of said deposit.

The Assignor does hereby grant to the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Assignor does state under penalty of perjury that all copies of support documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers and authority of my Agent herein granted shall commence and be in full force and effect from the date this authorization is signed by the Assignor, and such rights, powers and authority shall remain in full force and effect thereafter unless and until revoked in writing, or until the unclaimed funds are recovered and paid over to the Assignor (subject to the terms of the Agreement between the Assignor and Assignee).

DATED: 1 July 2004

SIGNED: _____
Assignor:  Phillip B. Satterla


STATE OF ___MARY ELLEN SHERWOOD___    )
        NOTARY PUBLIC - OAKLAND COUNTY, MI    )
County of ___MY COMMISSION EXPIRES 01/05/05___    )


ACKNOWLEDGED, SUBSCRIBED AND SWORN TO before me this /et day of
____July____, 2004 by _Phillip B. SATTERLA_____ (individual) or by
_____  in his or her capacity as _____
_____.

_____
Notary Public

My Commission Expires:

Person Search

6/24/04 6:13 PM

Main Menu | People | ... | Assets | Business | Directory Assistance | Search | My Account    Print    Contact    X Log Out

| | | |
|---|---|---|
| Last Name | First Name | Middle Name | SSN |
| SATTERLA | PHILIP | | |

| | | | | | |
|---|---|---|---|---|---|
| Street Address | City | State | Zip | County | Radius |
| 383 PALM | IMPERIAL BEAC | CA | | | |

| | | |
|---|---|---|
| Phone | DOB | Age Range |
| | | - |

Reference Code:

Search for other possible name spellings    Include Bankruptcies ($0.25)

Output Type:    Formatted HTML    Cut and Paste / Printer Friendly Text (No Reports)

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

Search completed         Records: 1 to 24 of 24

Click Icons Below To Run a Report          Export to Excel      Icon Legend         Click Icons Below To Run a Report

| All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|
| | PHILLIP B SATTERLA 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 | 46 Oct 22, 1957 | 24010 CONDON ST OAK PARK MI 48237-2172 | Jan 97 - May 04 | | |
| | PHILIP BRUCE SATTERLA 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 | 46 Oct 22, 1957 | 24010 CONDON ST OAK PARK MI 48237-2172 | Dec 98 - Feb 04 | (000) 530-1769 | |
| | PHILLIP B SATTERLA 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 | 46 Oct 22, 1957 | 24011 CONDON ST OAK PARK MI 48237-2173 | Jan 97 - Sep 01 | | |
| | PHILIP B SATTERLA 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 | 46 Oct 22, 1957 | 882 VINE ST APT 87 OCEANSIDE CA 92054-4286 | Apr 00 | (000) 530-1769 | |
| | PHILIP B SATTERLA | | 2000 N WOODWARD AVE APT 119 ROYAL OAK MI 48073-3755 | Dec 98 | | |
| | PHILIP B SATTERLA 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 | 46 Oct 22, 1957 | 24011 CONDON ST OAK PARK MI 48237-2173 | Oct 95 - Dec 98 | (000) 530-1769 | |
| | PHILLIP B SATTERLA 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 | 46 Oct 22, 1957 | 2602 RHODES DR TROY MI 48083-6401 | Nov 93 | | |
| | PHILIP B SATTERLA | | 34584 HAWKE DR STERLING HEIGHTS MI 48310-5304 | Jun 93 | | |
| ✓ | PHILIP B SATTERLA 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 | 46 Oct 22, 1957 | 383 PALM AVE # K CORONADO CA 92118-1236 | Jan 93 | (000) 530-1769 | |
| | PHILLIP B SATTERLA 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 | 46 Oct 22, 1957 | 8360 MENKAR RD SAN DIEGO CA 92126-1629 | Dec 91 - Dec 92 | | |
| | PHILIP B SATTERLA 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 | 46 Oct 22, 1957 | 8360 MENKAR RD SAN DIEGO CA 92126-1629 | Oct 92 | (000) 530-1769 | |
| | PHILIP B SATTERLA 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 | 46 Oct 22, 1957 | 1 A RD SAN DIEGO CA 92000 | Jan 91 - Dec 91 | | |
| | PHILLIP B SATTERLA 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 | 47 1957 | 8635 GOLD COAST DR SAN DIEGO CA 92126-3701 | Jan 89 - Dec 91 | | |
| | PHILLIP B SATTERLA 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 | 46 Oct 22, 1957 | 1 A RD SAN DIEGO CA 92000 | Jan 91 | | |

*(handwritten)* Gary Brew Enterprises LTD
Philip B. Satterla
110.33

**COMMERCIAL DRIVER LICENSE**
S 364 683 098 815

EXPIRES
10-22-2007



PHILIP BRUCE SATTERLA
24010 CONDON ST
OAK PARK, MI 48237-2172

| Date of birth | Sex | Height | Eyes | Lic Type | Endorsements |
|---|---|---|---|---|---|
| 10-22-1957 | M | 603 | BRO | CB | P |

Restrictions: Corrective Lens

See back for medical
information, anatomical gift

P322142